AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:24-cv-941

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Houston El Norte Property Owners' Association, Inc. c/o CH&P Management, LLC was received by me on *(date)* Mar 18, 2024, 10:37 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Savannah Doe, Property Manager , who is designated by law to accept service of process on behalf of *(name of organization)* Houston El Norte Property Owner' Association, Inc. c/o CH&P Management, LLC on *(date)* Tue, Mar 19 2024 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.

I declare under penalty of perjury that this information is true.

Date: 04/10/2024

_____
*Server's signature*

LeMardre Miller PSC 11688
_____
*Printed name and title*

P.O. BOx 681081 Houston, Texas 77268
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Mar 19, 2024, 12:13 pm CDT at 1712 North Frazier Street Suite 215, Conroe, TX 77301 SUMMONS IN A CIVIL ACTION, PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES, COMPLAINT, COURT PROCEDURES OF JUDGE KEITH P. ELLISON, ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES,
**Received by: Houston El Norte Property Owners' Association, Inc. c/o CH&P Management, LLC.**
**Documents accepted by Savannah Doe, Property Manager**