United States District Court
Southern District of Texas
**ENTERED**
May 15, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>   *Plaintiff,*<br><br>v.<br><br>COLONY RIDGE, INC.;<br>COLONY RIDGE DEVELOPMENT, LLC;<br>COLONY RIDGE BV, LLC;<br>COLONY RIDGE LAND, LLC;<br>T-REX MANAGEMENT, INC.;<br>JOHN HARRIS; and<br>HOUSTON EL NORTE PROPERTY<br>OWNERS' ASSOCIATION, INC.,<br>   *Defendants.* | CASE NO. 4:24-cv-00941 |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS

The Court has considered the Unopposed Motion for Extension of Time to File Response to Defendants' Motion to Dismiss and is of the opinion that the same should be **GRANTED**.

IT IS THEREFORE ORDERED that Plaintiff has until June 14, 2024, to file Plaintiff's response to Defendants' Motion to Dismiss.

**IT IS SO ORDERED.**

**SIGNED** on this the 15th of May, 2024.

Keith P. Ellison
United States District Judge