UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS § | | |
|     Plaintiff, § | | |
| § | | |
| v. § | | CASE NO. 4:24-CV-00941 |
| § | | |
| COLONY RIDGE, INC.; COLONY § | | |
| RIDGE DEVELOPMENT, LLC; § | | |
| COLONY RIDGE BV, LLC; COLONY § | | |
| RIDGE LAND, LLC; T-REX § | | |
| MANAGEMENT, INC.; JOHN HARRIS; § | | |
| HOUSTON EL NORTE PROPERTY § | | |
| OWNERS ASSOCIATION, INC.; AND § | | |
| CH&P MANAGEMENT, LLC § | | |
|     Defendants. § | | |

## DEFENDANT COLONY RIDGE, INC.'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1, and the Court's Order for Conference and Disclosure of Interested Persons, Defendant Colony Ridge, Inc. makes the following disclosure:

1. Colony Ridge, Inc. is a nongovernmental, privately held, domestic for-profit corporation, and its shareholders are financially interested in the outcome of this litigation.

Dated May 29, 2024

Respectfully submitted,

_____
Jason Ray
Texas Bar No. 24000511
RIGGS & RAY, P.C.
3307 Northland Dr., Ste 215
Austin, Texas 78731
(512) 457-9806 (Telephone)
(512) 457-9066 (Fax)
jray@r-alaw.com
**Attorney for Defendants Colony Ridge, Inc., Colony Ridge Development, LLC, Colony Ridge BV, LLC, Colony Ridge Land, LLC, T-Rex Management, Inc.,**

**John Harris, Houston El Norte Property Owners Association, Inc., and CH&P Management, LLC.**

Philip H. Hilder
Texas Bar No. 09620050
Q. Tate Williams
Texas Bar No. 24013760
Stephanie K. McGuire
Texas Bar No. 11100520
James G. Rytting
Texas Bar No. 24002883
HILDER & ASSOCIATES, P.C.
819 Lovett Blvd.
Houston, Texas 77006
(713) 655-9111–telephone
(713) 655-9112–facsimile
philip@hilderlaw.com
tate@hilderlaw.com
stephanie@hilderlaw.com
james@hilderlaw.com

Judd E. Stone II
Texas Bar No. 24076720
Christopher D. Hilton
Texas Bar No. 24087727
Ari Cuenin
Texas Bar No. 24078385
Cody C. Coll
Texas Bar No. 24116214
STONE | HILTON PLLC
1115 W. Slaughter Lane
Austin, TX 78748
(737) 465-3897-telephone
judd@stonehilton.com
chris@stonehilton.com
ari@stonehilton.com
cody@stonehilton.com
**Attorneys for Defendants Colony Ridge, Inc., Colony Ridge Development, LLC, Colony Ridge BV, LLC, and Colony Ridge Land, LLC.**

## CERTIFICATE OF SERVICE

      I hereby certify that I served a true and correct copy of this document on the below-listed counsel of record, using the CM/ECF system on this, the 29th day of May 2024.

Ken Paxton
Attorney General of Texas
Brent Webster
First Assistant Attorney General
James Lloyd
Deputy Attorney General for Civil Litigation
Ryan S. Baasch
Chief for Consumer Protection Division
Richard Berlin
Attorney-in-Charge
Daniel Zwart
Kaylie Buettner
Meredith Spillane
Gabriela I. Martinez
Norman R. Cahn
Monica F. Ramirez
Jason McKenney
Assistant Attorneys General
Consumer Protection Division
Office of the Attorney General
808 Travis Street, Suite 1520
Houston, Texas 77002
Telephone: 713-223-5886
Fax: 713-223-5821
Email: rick.berlin@oag.texas.gov
daniel.zwart@oag.texas.gov
kaylie.buettner@oag.texas.gov
meredith.spillane@oag.texas.gov
gabriela.martinez@oag.texas.gov
norman.cahn@oag.texas.gov
monica.ramirez@oag.texas.gov
jason.mckenney@oag.texas.gov
**Attorneys for Plaintiff**
**State of Texas**

                                                                                                            Jason Ray