United States District Court
Southern District of Texas
**ENTERED**
May 29, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

STATE OF TEXAS,
   *Plaintiff,*

v.

COLONY RIDGE, INC.; COLONY RIDGE DEVELOPMENT, LLC; COLONY RIDGE BV, LLC; COLONY RIDGE LAND, LLC; T-REX MANAGEMENT, INC.; JOHN HARRIS; HOUSTON EL NORTE PROPERTY OWNERS ASSOCIATION, INC.; and CH&P MANAGEMENT LLC,
   *Defendants.*

CASE NO. 4:24-cv-00941

## SCHEDULING/DOCKET CONTROL ORDER

Anticipated Length of Trial: **20** Days     Jury: **X**    Non-Jury:_____

1. (a) NEW PARTIES shall be joined by:    July 22, 2024
   The Attorney causing the addition of new parties will provide copies of this Order to new parties.
   (b) **AMENDMENT TO PLEADINGS** by Plaintiff or Counter-Plaintiff shall be filed by:    February 28, 2025

2. EXPERT WITNESSES for the PLAINTIFF will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:    September 26, 2025

3. EXPERT WITNESSES for the DEFENDANT will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:    October 24, 2025

4. (a) FACT DISCOVERY must be completed by:    September 1, 2025
   (Due at least two weeks before motions deadline)
   Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.
   (b) EXPERT DISCOVERY begins:    September 1, 2025
   (c) EXPERT DISCOVERY must be completed by:    December 12, 2025

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS (except motions *in limine*) will be filed by:    January 24, 2026
   (Due 90 days prior to Trial)

6.    JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE*     April 20, 2026
(The Court will fill in this date)     (Due the Monday before trial)

7.    TRIAL will begin at 9:00 a.m.     April 27, 2026
(The Court sets a firm trial date)     (15 Months from the date case filed)

May 29, 2024
Date

Keith P. Ellison
United States District Judge

May 29, 2024
Date

s/ Richard Berlin
Counsel for Plaintiff(s)

May 29, 2024
Date

Counsel for Defendant(s)