United States District Court
Southern District of Texas
**ENTERED**
June 10, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **STATE OF TEXAS,** § | |
| § | |
| *Plaintiff,* § | |
| VS. § | CIVIL ACTION NO. 4:24-cv-00941 |
| § | |
| **COLONY RIDGE, INC.** *et al.*, § | |
| § | |
| *Defendants.* § | |
| § | |

### ORDER

Before the Court is a Motion to Dismiss Plaintiff's Original Complaint filed by Colony Ridge, Inc., Colony Ridge Development, LLC, Colony Ridge BV, LLC, Colony Ridge Land, LLC (collectively, "Colony Ridge"), T-Rex Management, Inc., John Harris, and Houston El Norte Property Owners' Association, Inc. (together, "Defendants"). ECF No. 20. On May 24, 2024, Plaintiff filed a First Amended Complaint. ECF No. 27. Plaintiff's First Amended Complaint supersedes the Original Complaint (ECF No. 1), which was the basis of Defendants' Motion to Dismiss. The amended pleading renders the prior complaint of no legal effect. *King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994). Additionally, Defendants have filed a Motion to Dismiss Plaintiff's First Amended Complaint. ECF No. 46. Therefore, Defendants' Motion to Dismiss Plaintiff's Original Complaint (ECF No. 20) is **DENIED WITHOUT PREJUDICE AS MOOT**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 10th day of June, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE