United States District Court
Southern District of Texas
**ENTERED**
July 01, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STATE OF TEXAS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:24-cv-00941 |
| COLONY RIDGE, INC., et al., | ) |
| Defendants. | ) |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

Before the Court is Defendants' Unopposed Motion for Extension of Time to File Reply In Support of Motion to Dismiss. The Court finds that the motion has merit and should be, and hereby is, **GRANTED**.

It is therefore **ORDERED** that Defendants shall file their reply brief in support of their motion to dismiss on or before July 12, 2024.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 1st of July, 2024.

Keith P. Ellison
United States District Judge