United States District Court
Southern District of Texas
**ENTERED**
July 23, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **STATE OF TEXAS,** § § *Plaintiff*, § VS. § **COLONY RIDGE, INC.,** *et al*, § § *Defendants*. § | **CIVIL ACTION NO. 4:24-cv-00941** |

## NOTICE OF REFERRAL TO MAGISTRATE JUDGE

Defendants filed a Motion to Dismiss Plaintiff's Amended Complaint in the above-captioned matter. ECF No. 46. That motion is hereby **REFERRED** to a United States Magistrate Judge for a report and recommendation in accordance with 28 U.S.C. § 636(b)(1)(B).

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 18th day of July, 2024.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE