UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>   *Plaintiff,*<br><br>v.<br><br>COLONY RIDGE, INC.; COLONY RIDGE DEVELOPMENT, LLC; COLONY RIDGE BV, LLC; COLONY RIDGE LAND, LLC; T-REX MANAGEMENT, INC.; JOHN HARRIS; HOUSTON EL NORTE PROPERTY OWNERS ASSOCIATION, INC.; and CH&P MANAGEMENT LLC,<br>   *Defendants.* | CASE NO. 4:24-cv-00941 |

### ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW DEVON SANDERS AS COUNSEL FOR PLAINTIFF

Before this Court is an Unopposed Motion to Withdraw Devon Sanders as Counsel for Plaintiff, the State of Texas, in the above-captioned proceeding. The Court has determined that the motion should be **GRANTED**.

IT IS HEREBY ORDERED that Devon Sanders is withdrawn as counsel for the Plaintiff, the State of Texas, and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification in the above-captioned proceeding.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 25th of July, 2024.

_____
The Honorable Keith P. Ellison
United States District Judge