UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>　　*Plaintiff,*<br><br>v.<br><br>COLONY RIDGE, INC.; COLONY<br>RIDGE DEVELOPMENT, LLC;<br>COLONY RIDGE BV, LLC; COLONY<br>RIDGE LAND, LLC; T-REX<br>MANAGEMENT, INC.; JOHN HARRIS;<br>HOUSTON EL NORTE PROPERTY<br>OWNERS ASSOCIATION, INC.; and<br>CH&P MANAGEMENT LLC,<br>　　*Defendants.* | CASE NO. 4:24-cv-00941 |

## AGREED MOTION FOR ENTRY OF CONFIDENTIALITY ORDER

Plaintiff, the State of Texas ("Plaintiff"), requests that the Court enter the attached proposed Confidentiality Order (Exhibit A, "Order"). The Court has broad discretion when determining whether to issue a protective order and what degree of protection is required. *Seattle Times Co. v. Rhinehart*, 467 U.S. 20, 36 (1984). Pursuant to Federal Rule of Civil Procedure 26(c), the Court "may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense."

Plaintiff and Defendants Colony Ridge, Inc., Colony Ridge Development, LLC, Colony Ridge BV, LLC, Colony Ridge Land, LLC, T-Rex Management, Inc., John Harris, Houston El Norte Property Owners Association, Inc., and CH&P Management LLC (collectively, "Defendants," and collectively with Plaintiff, the "Parties") anticipate that documents, testimony, or information containing confidential information are likely to be disclosed or produced during the course of discovery in this case and that an order setting forth conditions for treating, obtaining, maintaining, and using such information is therefore warranted.

Accordingly, the Parties respectfully request that the Court enter the attached Order.

DATED: August 23, 2024

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**RYAN S. BAASCH**
Chief, Consumer Protection Division

*s/ Richard Berlin*
RICHARD BERLIN
Attorney-in-Charge
TX Bar No.: 24055161
S.D. Tex. Bar No.: 724520
Email: rick.berlin@oag.texas.gov
DANIEL ZWART
TX Bar No.: 24070906
Email: daniel.zwart@oag.texas.gov
KAYLIE BUETTNER
TX Bar No.: 24109082
Email: kaylie.buettner@oag.texas.gov
MEREDITH SPILLANE
TX Bar No.: 24131685
Email: meredith.spillane@oag.texas.gov
Assistant Attorneys General
Consumer Protection Division
Office of the Attorney General
808 Travis Street, Suite 1520
Houston, Texas 77002
Tele: 713-223-5886/Fax: 713-223-5821

GABRIELA I. MARTINEZ
TX Bar No.: 24085454
Email: gabriela.martinez@oag.texas.gov
NORMAN R. CAHN
TX Bar No.: 24125161
Email: norman.cahn@oag.texas.gov
Assistant Attorneys General
Consumer Protection Division
Office of the Attorney General
401 E. Franklin Ave, Suite 530
El Paso, TX 79901
Tele: 915-834-5800/Fax: 915-542-1546

MONICA F. RAMIREZ
TX Bar No.: 24068621
Email: monica.ramirez@oag.texas.gov
JASON MCKENNEY
TX Bar No.: 24070245
Email: jason.mckenney@oag.texas.gov
Assistant Attorneys General
Consumer Protection Division
Office of the Attorney General
12221 Merit Drive, Suite 650
Dallas, TX 75251
Tele: 214-969-7639/Fax: 214-969-7615

**ATTORNEYS FOR PLAINTIFF**
**THE STATE OF TEXAS**

| | |
|---|---|
| Quentin Tate Williams<br>Attorney-in-Charge<br>Philip Harlan Hilder<br>James Gregory Rytting<br>Stephanie K. McGuire<br>Hilder & Associates, P.C.<br>819 Lovett Blvd.<br>Houston, TX 77006<br>Tel.: (713) 655-9111<br>Fax: (713) 655-9112<br>Email: tate@hilderlaw.com<br>    philip@hilderlaw.com<br>    james@hilderlaw.com<br>    stephanie@hilderlaw.com<br><br>Judd E. Stone II<br>Christopher D. Hilton<br>Ari Cuenin<br>Alexander M. Dvorscak<br>Michael Abrams<br>Stone Hilton PLLC<br>1115 W. Slaughter Ln.<br>Austin, TX 78748<br>Tel.: (737) 465-3897<br>Email: judd@stonehilton.com<br>    chris@stonehilton.com<br>    ari@stonehilton.com<br>    alex@stonehilton.com<br>    michael@stonehilton.com<br><br>**ATTORNEYS FOR DEFENDANTS COLONY RIDGE, INC., COLONY RIDGE DEVELOPMENT, LLC, COLONY RIDGE BV, LLC, AND COLONY RIDGE LAND, LLC** | /s/ Jason Ray<br>Jason Ray<br>Riggs & Ray, P.C.<br>3307 Northland Dr., Suite 215<br>Austin, TX 78731<br>Tel.: (512) 457-9806<br>Fax: (512) 457-9066<br>Email: jray@r-alaw.com<br><br>**ATTORNEY FOR DEFENDANTS COLONY RIDGE, INC., COLONY RIDGE DEVELOPMENT, LLC, COLONY RIDGE BV, LLC, COLONY RIDGE LAND, LLC, T-REX MANAGEMENT, INC., JOHN HARRIS, HOUSTON EL NORTE PROPERTY OWNERS ASSOCIATION, INC., AND CH&P MANAGEMENT, LLC** |

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1, counsel for Plaintiff has conferred with counsel for Defendants. Defendants consent to the entry of the attached Order.

                                                           *s/ Richard Berlin*
                                                           RICHARD BERLIN

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on August 23, 2024, a true and correct copy of the foregoing was served using the Court's electronic filing system to the following:

Quentin Tate Williams
Attorney-in-Charge
Philip Harlan Hilder
James Gregory Rytting
Stephanie K. McGuire
Hilder & Associates, P.C.
819 Lovett Blvd.
Houston, TX 77006
Tel.: (713) 655-9111
Fax: (713) 655-9112
Email: tate@hilderlaw.com
        philip@hilderlaw.com
        james@hilderlaw.com
        stephanie@hilderlaw.com

Jason Derot Ray
Riggs & Ray, P.C.
3307 Northland Dr., Suite 215
Austin, TX 78731
Tel.: (512) 457-9806
Fax: (512) 457-9066
Email: jray@r-alaw.com

Judd E. Stone II
Christopher D. Hilton
Ari Cuenin
Alexander M. Dvorscak
Michael Abrams
Stone Hilton PLLC
1115 W. Slaughter Ln.
Austin, TX 78748
Tel.: (737) 465-3897
Email: judd@stonehilton.com
        chris@stonehilton.com
        ari@stonehilton.com
        alex@stonehilton.com
        michael@stonehilton.com

                                                           *s/ Richard Berlin*
                                                           RICHARD BERLIN