IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>    *Plaintiff,*<br><br>v.<br><br>COLONY RIDGE INC.,<br>COLONY RIDGE DEVELOPMENT, LLC;<br>COLONY RIDGE BV, LLC;<br>COLONY RIDGE LAND, LLC;<br>T-REX MANAGEMENT, INC.<br>JOHN HARRIS; HOUSTON EL NORTE<br>PROPERTY OWNERS' ASSOCIATION,<br>INC., and CH&P MANAGEMENT LLC,<br>    *Defendants*. | CIVIL ACTION NO. 4:24-cv-00941 |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that Alexander M. Dvorscak, Attorney at Law, hereby enters his appearance as additional attorney of record for T-Rex Management, Inc., John Harris, Houston El Norte Property Owners' Association, Inc. and CH&P Management, LLC, Defendants,[1] in all further proceedings in this cause of action, and requests that all future notices, pleadings and communications from the Court or counsel be sent to the undersigned.

If the undersigned counsel has a change of address, phone or email, counsel shall notify the Court and respective counsel of such changes in a timely manner.

September 10, 2024                             Respectfully submitted.


                                                    By: */s/ Alexander M. Dvorscak*
                                                        Alexander M. Dvorscak
                                                        Texas Bar No. 24120461
                                                        alex@stonehilton.com

---

[1] Mr. Dvorscak will continue his representation of Defendants Colony Ridge, Inc., Colony Ridge Development, LLC, Colony Ridge BV, LLC, and Colony Ridge Land, LLC (collectively, "Colony Ridge"). Notice of Appearance of Counsel, ECF No. 32.

Judd E. Stone II
Texas Bar No. 24076720
Christopher D. Hilton
Texas Bar No. 24087727
Ari Cuenin
Texas Bar No. 24078385
Michael R. Abrams
Texas Bar No. 24087072
**STONE | HILTON PLLC**
600 Congress Ave., Suite 2350
Austin, TX 78701
Telephone: (737) 465-3897
judd@stonehilton.com
chris@stonehilton.com
ari@stonehilton.com
michael@stonehilton.com

*Counsel for Colony Ridge Defendants, T-Rex Management, Inc., John Harris, Houston El Norte Property Owners' Association, Inc. and CH&P Management, LLC*

## CERTIFICATE OF SERVICE

I certify that on September 10, 2024, the foregoing document was electronically filed with the CM/ECF system, thereby effectuating service on counsel for all parties.

 */s/ Alexander M. Dvorscak*
Alexander M. Dvorscak