**UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS**

### HOUSTON DIVISION

State of Texas
    *Plaintiff(s),*

v.                                                             Case No. 4:24−cv−00941

Colony Ridge, Inc., et al.
    *Defendant(s).*

## NOTICE OF SETTING

### PLEASE TAKE NOTICE

HEARING:   **Motion Hearing**
RE: Memorandum and Recommendations − #61

DATE:   **11/25/2024**

TIME:   **02:00 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.
Enter Meeting ID: 160 7362 7986#
No participant ID − press #, Followed by Passcode: 3716#.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN-PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                                        Date: November 18, 2024

By Deputy Clerk, A. Rivera