United States District Court
Southern District of Texas
**ENTERED**
December 04, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| STATE OF TEXAS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:24-CV-00941 |
| ) | |
| COLONY RIDGE, INC., et al., ) | |
| ) | |
|    Defendants. ) | |
| _____) | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Before the Court is Defendants' Unopposed Motion for Extension of Time to File Answer to Plaintiff's First Amended Complaint. ECF 67  The Court finds that the motion has merit and should be, and hereby is, **GRANTED**.

It is therefore **ORDERED** that Defendants shall file their answer to Plaintiff's first amended complaint (ECF No. 27) on or before December 17, 2024.

**IT IS SO ORDERED.**

SIGNED at Houston, Texas on this the 2nd of December, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE