# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>    *Plaintiff,*<br><br>v.<br><br>COLONY RIDGE, INC.; COLONY RIDGE DEVELOPMENT, LLC; COLONY RIDGE BV, LLC; COLONY RIDGE LAND, LLC; T-REX MANAGEMENT, INC.; JOHN HARRIS; HOUSTON EL NORTE PROPERTY OWNERS ASSOCIATION, INC.; and CH&P MANAGEMENT LLC,<br>    *Defendants.* | CASE NO. 4:24-cv-00941 |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Matthew Childrey, of the Office of the Texas Attorney General, hereby enters his appearance as additional counsel for Plaintiff, the State of Texas, in all further proceedings in this cause of action and requests that all future notices, pleadings, and communications from the Court or counsel be sent to Mr. Childrey. Mr. Childrey's Southern District of Texas bar number is 3908135.

If Mr. Childrey has a change of address, phone or email, he shall notify the Court and respective counsel of such changes in a timely manner.

DATED: February 26, 2025

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**JOHNATHAN STONE**
Chief, Consumer Protection Division

/s/ Richard Berlin
RICHARD BERLIN, Attorney-in-Charge
TX Bar No.: 24055161
S.D. Tex. Bar No.: 724520
Email: rick.berlin@oag.texas.gov
DANIEL ZWART
TX Bar No.: 24070906
Email: daniel.zwart@oag.texas.gov
KAYLIE BUETTNER
TX Bar No.: 24109082
Email: kaylie.buettner@oag.texas.gov
MEREDITH SPILLANE
TX Bar No.: 24131685
Email: meredith.spillane@oag.texas.gov
Assistant Attorneys General
Consumer Protection Division
Office of the Attorney General
808 Travis Street, Suite 1520
Houston, Texas 77002
Tele: 713-223-5886/Fax: 713-223-5821

MATTHEW CHILDREY
TX Bar No.: 24138100
Email: matt.childrey@oag.texas.gov
Assistant Attorney General
Consumer Protection Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711
Tele: 512-463-2185/Fax: 512-473-8301

GABRIELA I. MARTINEZ
TX Bar No.: 24085454
Email: gabriela.martinez@oag.texas.gov
Assistant Attorney General
Consumer Protection Division
Office of the Attorney General
401 E. Franklin Ave, Suite 530
El Paso, TX 79901
Tele: 915-834-5800/Fax: 915-542-1546

MONICA F. RAMIREZ
TX Bar No.: 24068621
Email: monica.ramirez@oag.texas.gov
JASON MCKENNEY
TX Bar No.: 24070245
Email: jason.mckenney@oag.texas.gov
NORMAN R. CAHN
TX Bar No.: 24125161
Email: norman.cahn@oag.texas.gov
Assistant Attorneys General
Consumer Protection Division
Office of the Attorney General
12221 Merit Drive, Suite 650
Dallas, TX 75251
Tele: 214-969-7639/Fax: 214-969-7615

**ATTORNEYS FOR PLAINTIFF
THE STATE OF TEXAS**

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on February 26, 2025, a true and correct copy of the foregoing document was served electronically on the following:

Quentin Tate Williams
Attorney-in-Charge
Philip Harlan Hilder
James Gregory Rytting
Stephanie K. McGuire
Hilder & Associates, P.C.
819 Lovett Blvd.
Houston, TX 77006
Tel.: (713) 655-9111
Fax: (713) 655-9112
Email: tate@hilderlaw.com
 philip@hilderlaw.com
 james@hilderlaw.com
 stephanie@hilderlaw.com

Jason Ray
Riggs & Ray, P.C.
3307 Northland Dr., Suite 215
Austin, TX 78731
Tel.: (512) 457-9806
Fax: (512) 457-9066
Email: jray@r-alaw.com

Judd E. Stone II
Christopher D. Hilton
Ari Cuenin
Alexander Dvorscak
Michael Abrams
Cody C. Coll
Stone Hilton PLLC
1115 W. Slaughter Ln.
Austin, TX 78748
Tel.: (737) 465-3897
Email: judd@stonehilton.com
 chris@stonehilton.com
 ari@stonehilton.com
 alex@stonehilton.com
 michael@stonehilton.com
 cody@stonehilton.com

　　　　　　　　　　　　　　　*/s/ Matthew Childrey*
　　　　　　　　　　　　　　　MATTHEW CHILDREY