**UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS**

#### HOUSTON DIVISION

State of Texas
    *Plaintiff(s),*

v.                                                                  Case No. 4:24−cv−00941

Colony Ridge, Inc., et al.
    *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:   **Motion Hearing**
RE: Motion for Extension of Time − #82

DATE:   **8/29/2025**

TIME:   **02:30 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.
Enter Meeting ID: 160 7362 7986#
No participant ID − press #, Followed by Passcode: 3716#.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN-PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                                            Date: August 26, 2025

By Deputy Clerk, A. Rivera