Case 4:24-cv-00941   Document 86   Filed on 09/02/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 05, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **STATE OF TEXAS,** <br> *Plaintiff,* <br><br> v. <br><br> **COLONY RIDGE, INC.; COLONY RIDGE DEVELOPMENT, LLC; COLONY RIDGE BV, LLC; COLONY RIDGE LAND, LLC; T-REX MANAGEMENT, INC.; JOHN HARRIS; HOUSTON EL NORTE PROPERTY OWNERS ASSOCIATION, INC.; and CH&P MANAGEMENT LLC,** <br> *Defendants.* | **CASE NO. 4:24-cv-00941** |

### FIRST AMENDED SCHEDULING/DOCKET CONTROL ORDER

Anticipated Length of Trial: **20** Days                          Jury: **X**   Non-Jury:_____

1.  (a) NEW PARTIES shall be joined by:                               July 22, 2024
        The Attorney causing the addition of new parties will
        provide copies of this Order to new parties.
    (b) **AMENDMENT TO PLEADINGS** by Plaintiff or
        Counter-Plaintiff shall be filed by:                          February 28, 2025

2.  EXPERT WITNESSES for the PLAINTIFF will be
    identified by a report listing the qualifications of each
    expert, each opinion that the expert will present, and the
    basis for it. DUE DATE:                                           January 9, 2026

3.  EXPERT WITNESSES for the DEFENDANT will be
    identified by a report listing the qualifications of each
    expert, each opinion that the expert will present, and the
    basis for it. DUE DATE:                                           March 9, 2026

4.  (a) FACT DISCOVERY must be completed by:                          April 19, 2026
        Written discovery requests are not timely if they are filed   (Due at least two weeks before
        so close to this deadline that the recipient would not be     motions deadline)
        required under the Federal Rules of Civil Procedure to
        respond until after the deadline.
    (b) EXPERT DISCOVERY begins:                                      January 9, 2026
    (c) EXPERT DISCOVERY must be completed by:                        May 19, 2026

5.  DISPOSITIVE AND NON-DISPOSITIVE MOTIONS                           July 1, 2026
    (except motions *in limine*) will be filed by:                    (Due 90 days prior to Trial)

6.     JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE*     September 28, 2026
                                                                                                                                           (Due the Monday before trial)

7.     TRIAL will begin at 9:00 a.m.                                  October 5, 2026
                                                                                                                       (15 Months from the date case filed)

9/2/2025
Date

*/s/ Keith P. Ellison*
Keith P. Ellison
United States District Judge

9/02/2025
Date

*/s/ Gabriela Martinez*
Counsel for Plaintiff(s)

8/29/2025
Date

*/s/ Michael Abrams*
Counsel for Defendant(s)