United States District Court
Southern District of Texas
**ENTERED**
January 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>　*Plaintiff,* | )<br>)<br>) |
| v. | )<br>) CASE NO. 4:24-cv-00941<br>) |
| COLONY RIDGE, INC.; COLONY RIDGE DEVELOPMENT, LLC; COLONY RIDGE BV, LLC; COLONY RIDGE LAND, LLC; T-REX MANAGEMENT, INC.; JOHN HARRIS; HOUSTON EL NORTE PROPERTY OWNERS ASSOCIATION, INC.; and CH&P MANAGEMENT LLC,<br>　*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

On January 7, 2026, the Parties submitted a Joint Status Report informing the Court that the Parties have made significant progress towards resolving this matter and requesting fourteen additional days to focus on settlement discussions before submitting an updated joint status or proposed amended schedule to the Court. ECF No. 91.

Thus, the Court **ORDERS** that all deadlines in the First Amended Scheduling/Docket Control Order (ECF No. 86) are stayed until January 23, 2026, for the parties to engage in settlement discussions. If the settlement discussions are unsuccessful, the parties are ordered to file a status report with the Court and an updated amended proposed scheduling order on or before January 23, 2026.

It is so **ORDERED**.

SIGNED at Houston, Texas, on this 8th day of January, 2026.

_____
The Honorable Keith P. Ellison
United States District Judge