UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>    *Plaintiff,*<br><br>v.<br><br>COLONY RIDGE, INC.; COLONY<br>RIDGE DEVELOPMENT, LLC;<br>COLONY RIDGE BV, LLC; COLONY<br>RIDGE LAND, LLC; T-REX<br>MANAGEMENT, INC.; JOHN HARRIS;<br>HOUSTON EL NORTE PROPERTY<br>OWNERS ASSOCIATION, INC.; and<br>CH&P MANAGEMENT LLC,<br>    *Defendants.* | )<br>)<br>)<br>) CASE NO. 4:24-cv-00941<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Plaintiff, the State of Texas ("Plaintiff"), and Defendants Colony Ridge, Inc.; Colony Ridge Development, LLC; Colony Ridge BV, LLC; Colony Ridge Land, LLC; T-Rex Management, Inc.; John Harris; Houston El Norte Property Owners Association, Inc.; and CH&P Management LLC ("Defendants") (together, the "Parties") hereby file this Joint Status Report regarding the Parties' settlement discussions.

The Parties have made significant progress and require one more week to obtain all necessary approvals and finalize a settlement agreement. Accordingly, the Parties jointly move the Court to continue the stay of all pending deadlines in the First Amended Scheduling/Docket Control Order (ECF No. 86) through and including February 13, 2026, to allow the parties to continue to obtain necessary approvals. *See* ECF No. 89 (granting 30-day stay of scheduling order). This additional time will allow the parties to preserve resources that they would otherwise expend in meeting existing litigation deadlines and allow the parties to focus on their continued efforts to

resolve this case. The stay will also conserve judicial resources. The Parties do not make this request for purposes of delay but for good cause.

If final execution of the settlement agreement does not occur, the Parties will file a status report with the Court by February 13, 2026, with an updated amended proposed scheduling order to facilitate the timely resolution of this matter. A proposed order is attached.

Dated: February 6, 2026.

                                            Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**JOHNATHAN STONE**
Chief, Consumer Protection Division

*/s/ Joselyn R. Mathews*
**ROB FARQUHARSON**, *Attorney-in-Charge*
TX Bar No.: 24100550
S.D. Tex. Bar No.: 3634988
Email: rob.farquharson@oag.texas.gov
**JOSELYN R. MATHEWS**
TX Bar No.: 24129108
Email: joselyn.mathews@oag.texas.gov
**NORMAN R. CAHN**
TX Bar No.: 24125161
Email: norman.cahn@oag.texas.gov
**CLARA CARLETON**
TX Bar No.: 24136077
Email: clara.carleton@oag.texas.gov
**SCOTT FROMAN**
TX Bar No.: 24122079
Email: scott.froman@oag.texas.gov

MATTHEW CHILDREY
TX Bar No.: 24138100
Email: matt.childrey@oag.texas.gov
DANIEL ZWART
TX Bar No.: 24070906
Email: daniel.zwart@oag.texas.gov
KAYLIE BUETTNER
TX Bar No.: 24109082
Email: kaylie.buettner@oag.texas.gov
MEREDITH SPILLANE
TX Bar No.: 24131685
Email: meredith.spillane@oag.texas.gov
Assistant Attorneys General
Consumer Protection Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711
Tele: 512-463-2185/Fax: 512-473-8301

**ATTORNEYS FOR PLAINTIFF
THE STATE OF TEXAS**

Quentin Tate Williams, *Attorney-in-Charge*
TX Bar No.: 24013760
tate@hilderlaw.com
Philip Harlan Hilder
TX Bar No.: 09620050
philip@hilderlaw.com
James Gregory Rytting
TX Bar No.: 24002883
james@hilderlaw.com
Stephanie K. McGuire
TX Bar No.: 11100520
stephanie@hilderlaw.com
**HILDER & ASSOCIATES, P.C.**
819 Lovett Blvd.
Houston, TX 77006
Tel.: (713) 655-9111
Fax:(713)655-9112


*/s/ Jason Ray*
*(signed with permission by Joselyn Mathews)*
Jason Ray
TX Bar No.: 24000511
jray@r-alaw.com
**RIGGS & RAY, P.C**.
3307 Northland Dr., Suite 215
Austin, TX 78731
Tel.: (512) 457-9806
Fax: (512) 457-9066

Judd E. Stone II
TX Bar No.: 24076720
judd@stonehilton.com
Christopher D. Hilton
TX Bar No.: 24087727
chris@stonehilton.com
Ari Cuenin
TX Bar No.: 24078385
ari@stonehilton.com
Alexander M. Dvorscak
TX Bar No.: 24120461
alex@stonehilton.com
Michael Abrams
TX Bar No.: 24087072
michael@stonehilton.com
Cody C. Coll
TX Bar No.: 24116214
cody@stonehilton.com
**STONE HILTON PLLC**
600 Congress, Suite 2350
Austin, TX 78701
Tel.: (737) 465-3897

**ATTORNEYS FOR DEFENDANTS COLONY RIDGE, INC.; COLONY RIDGE DEVELOPMENT, LLC; COLONY RIDGE BV, LLC; COLONY RIDGE LAND, LLC; T-REX MANAGEMENT, INC.; JOHN HARRIS; HOUSTON EL NORTE PROPERTY OWNERS ASSOCIATION, INC.; AND CH&P MANAGEMENT LLC**

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 6, 2026, I served a true and correct copy of this document on all counsel of record using the Court's CM/ECF system.

                                                          */s/ Joselyn R. Mathews*
                                                          Joselyn R. Mathews