United States District Court
Southern District of Texas
**ENTERED**
February 10, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>   *Plaintiff,*<br><br>v.<br><br>COLONY RIDGE, INC.; COLONY RIDGE DEVELOPMENT, LLC; COLONY RIDGE BV, LLC; COLONY RIDGE LAND, LLC; T-REX MANAGEMENT, INC.; JOHN HARRIS; HOUSTON EL NORTE PROPERTY OWNERS ASSOCIATION, INC.; and CH&P MANAGEMENT LLC,<br>   *Defendants.* | CASE NO. 4:24-cv-00941 |

**ORDER**

On February 6, 2026, the Parties submitted a Joint Status Report informing the Court that the Parties have made significant progress towards resolving this matter and requesting seven additional days to focus on settlement discussions. ECF No. 96.

Thus, the Court **ORDERS** that all deadlines in the First Amended Scheduling/Docket Control Order (ECF No. 86) are stayed until February 13, 2026, for the parties to engage in settlement discussions. If the settlement discussions are unsuccessful, the parties are ordered to file a status report with the Court and an updated amended proposed scheduling order on or before February 13, 2026.

It is so **ORDERED**.

SIGNED at Houston, Texas, on this 9th day of February, 2026.

The Honorable Keith P. Ellison
United States District Judge