United States District Court
Southern District of Texas

**ENTERED**

March 04, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:24-cv-941 |
|---|---|---|---|

State of Texas

*versus*

Colony Ridge, Inc., et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Nicholas Abbott<br>Relman Colfax PLLC<br>1225 19th Street, N.W., Suite 600<br>Washington, D.C. 20036-2456<br>202-728-1888; nabbott@relmanlaw.com<br>District of Columbia Bar No. 90010173<br>United States District Court for the Western District of Texas Bar No. 90010173 |
|---|---|

| Name of party applicant seeks to appear for: | Amicus: National Fair Housing Alliance, et al. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/2/26 | Signed: |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: 3/3/26 | Clerk's signature |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: 3/3/2026 _____                    _____
                                                        United States District Judge