United States District Court
Southern District of Texas

**ENTERED**

May 04, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **STATE OF TEXAS,** | § | |
| | § | |
| *Plaintiff*, | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:24-cv-00941** |
| | § | |
| | § | |
| **COLONY RIDGE, INC.,  et al.,** | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

The Parties in this case filed a Stipulation of Dismissal, stipulating that the above-titled action brought by Plaintiff the State of Texas against Defendants Colony Ridge, Inc.; Colony Ridge Development, LLC; Colony Ridge BV, LLC; Colony Ridge Land, LLC; T-Rex Management, Inc.; John Harris; Houston El Norte Property Owners Association, Inc.; and CH&P Management LLC, be dismissed with prejudice. ECF No. 107. In accordance with that Stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED WITH PREJUDICE**. All other pending motions are **DENIED AS MOOT**.

IT IS SO ORDERED.

SIGNED at Houston, Texas on this the 4th of May, 2026.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE